SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Lilly H. Tran, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-02704-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JOHN ABOU-BECHARA; NORMA ABOU-BECHARA AND ORDER**<br><br>Complaint Filed: NOVEMBER 12, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (John Abou-Bechara; Norma Abou-Bechara) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant. Defendants (John Abou-Bechara; Norma Abou-Bechara) are dismissed because these Defendants do not own the subject property.

Dated: January 4, 2009　　　　　　　　　　　／s/Scott N. Johnson
　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**IT IS SO ORDERED**.

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Dated:   January 5, 2009                    /s/ John A. Mendez_____
                                               U.S. DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-08-02704-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com