SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Lilly H. Tran, et al,<br><br>Defendants | Case No.: CIV.S 08-cv-02704-JAM-KJM<br><br>**STIPULATION FOR DISMISSAL OF LILLY H. TRAN AND ORDER**<br><br>Complaint Filed: NOVEMBER 12, 2008<br><br>**CASE TO REMAIN OPEN TO FILE AMENDED COMPLAINT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Lilly H. Tran) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open for Plaintiff to file an amended complaint against the correct owner of the property. Defendant (Lilly H. Tran) is dismissed because Plaintiff and this Defendant have settled their dispute.

1
STIPULATION FOR DISMISSAL and Proposed ORDER
CIV: S-08-02704-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April 20, 2009 | | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: April ___, 2009 | | /s/ Jennifer E. Duggan____<br>JENNIFER E. DUGGAN<br>Attorney for Defendant<br>LILLY H. TRAN |

**IT IS SO ORDERED** that Defendant, Lilly H. Tran, is hereby dismissed WITH prejudice and Plaintiff shall have until June 1, 2009 to file an amended complaint.

Dated: April 22, 2009                                      /s/ John A. Mendez_____
                                                                            U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com